PS 8
(8/88)

FILED BY _____ D.C.

# United States District Court
## for
## Western District of Tennessee

05 JUL -6 PM 4: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. James Frank Semora

Docket No. 05-20009-001

05-20009-B

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Loretta Fleming presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable Diane K. Vescovo sitting in the court at Memphis, TN, on the 3rd day of March, 2005 under the following conditions:

1. Report to Pretrial Services as directed
2. Maintain or actively seek employment
3. Travel restricted to the Western District of Tennessee
4. Refrain from possessing a firearm, destructive device, or other dangerous weapon
5. Refrain from use or unlawful possession of a narcotic drug or other controlled substance
6. Submit to any method of testing required by the Pretrial Services office
7. Participate in a program of inpatient or outpatient substance abuse testing, if deemed advisable by Pretrial Services
8. Contact Dennis Bronson of DEA by telephone every Monday, Wednesday, and Friday

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1) Report to Pretrial Services as directed
James Semora was directed to report to Pretrial Services every 1st and 3rd Tuesday of each month between 1:00 p.m. and 3:00 p.m. He last reported to Pretrial Services on May 3, 2005, and failed to report on May 17th, June 7th, and June 21st, 2005. Mr. Semora contacted Pretrial Services via telephone on June 22, 2005, and indicated that he was leaving Eerie, Pennsylvania. At that time, he was directed to report to Pretrial Services on June 23, 2005, but failed to do so. On May 20, 2005, Kim Bucey, the defendant's girlfriend, advised Pretrial Services that Mr. Semora no longer resides at 648 Deen Road in Brighton, Tennessee. Mr. Semora's whereabouts are unknown to date.

2) Travel restricted to the Western District of Tennessee
Mr. Semora contacted Pretrial Services via telephone on June 22, 2005, and reported that he was leaving Eerie, Pennsylvania, en route to Memphis, Tennessee. The defendant failed to request the Court's permission to travel outside of the Western District of Tennessee.

PRAYING THAT THE COURT WILL ORDER THE ISSUANCE OF A WARRANT FOR THE DEFENDANT TO APPEAR AND TO SHOW CAUSE AS TO WHY HIS BOND SHOULD NOT BE REVOKED.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 6 day of July, 2005 and ordered filed and made a part of the records in the above case.<br><br>_____<br>U.S. District Judge/Magistrate | _Loretta Fleming_<br>U.S. Pretrial Services Officer<br><br>Place   Memphis, TN<br>Date    July 6, 2005 |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-7-05

64

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:05-CR-20009 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT