IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. 05-20009-BV |
| | ) | |
| FRANK SEMORA, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING MOTION TO CONTINUE BOND REVOCATION HEARING

For good cause shown, and without objection by the government, the Court hereby GRANTS defendant's motion to continue and reset the bond revocation hearing in this matter currently set for Monday, July 18, 2005. The bond revocation hearing is hereby RESET to defendant's sentencing hearing date before the Honorable J. Daniel Breen, United States District Judge, on Thursday, July 21, 2005, at 9:00 a.m.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: July 15, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:05-CR-20009 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT